RECEIVED
IN LAKE CHARLES, LA
MAR - 6 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIAM LASTRAPES #456863 | CIVIL ACTION NO. 2:11-cv-1218 SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

Lake Charles, Louisiana, on this ____ day of March_____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE